ANNA PATANSKA et al., executors, &c., appellants,

*v.*

PAZIA DUGAN KUZNIA et al., respondents.

[Decided February 4th, 1929.]

*Mr. Jaques H. Hecht* and *Mr. Herbert Clark Gilson,* for the appellants.

*Mr. Richard Doherty, John Milton* and *Messrs. O'Brien & Tartalsky* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *102 N. J. Eq. 408.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.